445 A.2d 215

Commonwealth v. Patterson, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted September 30, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.